# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**SCOTT JONES**                                                                                              **PLAINTIFF**

**VS.**                                     **2:16-CV-00070-BRW-BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## ORDER

I have received a Recommended Disposition from Magistrate Judge Beth Deere. After carefully considering the Recommendation and Mr. Jones's objections; and after reviewing the record *de novo*, I approve and adopt the Recommended Disposition in its entirety.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff Scott Jones's Complaint is DISMISSED, with prejudice.

IT IS SO ORDERED this 9th day of March, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE