IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**SCOTT JONES**                                                                                          **PLAINTIFF**

**VS.**                                         **2:16-CV-00070-BRW-BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                                      **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 9th day of March, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE